Argued and submitted March 4, judgment of the Tax Court affirmed
March 19, 1998

Roy MILLER,
*Appellant,*

*v.*

DEPARTMENT OF REVENUE,
State of Oregon,
and Assessor of Deschutes County,
*Respondents.*

(OTC 3934; SC S44521)

953 P2d 72

Roy Miller, appellant *pro se*, argued the cause and filed the brief.

Bruce W. White, Deschutes County Legal Counsel, Bend, filed the brief for respondent Assessor of Deschutes County.

James C. Wallace, Assistant Attorney General, Salem, waived appearance for respondent Department of Revenue.

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Graber, Durham, and Leeson, Justices.**

PER CURIAM

_____

** Kulongoski, J., did not participate in the consideration or decision of this case.

## PER CURIAM

In this proceeding on appeal from the Oregon Tax Court, plaintiff sought to challenge both the legal permissibility and the accuracy of a $40 "capital charge" that was levied against certain of his real property by Water Wonderland Improvement District, a public nonprofit corporation. ORS 554.130. The Tax Court dismissed that portion of the proceeding on the ground that the capital charge was not a "tax" and, therefore, the Tax Court did not have jurisdiction under either of its jurisdictional statutes, ORS 305.410(1) (Tax Court is "sole, exclusive and final judicial authority for the hearing and determination of all questions of law and fact arising under the tax laws") or *former* ORS 305.115(4) (Tax Court has jurisdiction over appeals from decisions of Department of Revenue "arising * * * under the tax laws").[1]

Plaintiff appeals the ruling of the Tax Court. We have considered plaintiff's arguments, but conclude that the Tax Court's ruling was correct.

The judgment of the Tax Court is affirmed.

---

[1] *Former* ORS 305.115 was repealed by Oregon Laws 1995, chapter 650, section 114.